In the Matter of UNITED AIR LINES, INC., Petitioner-Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

Argued May 25, 1954; decided July 14, 1954.

*Adrian P. Burke, Corporation Counsel (Bernard H. Sherris* and *Stanley Buchsbaum* of counsel), for appellant.

*Monroe Collenburg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.